UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

K.S., on behalf of herself and her child, D.S.,

                              *Plaintiff*,

      -against-

NEW YORK CITY DEPARTMENT OF EDUCATION, THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, CHANCELLOR DAVID C. BANKS, IN HIS OFFICIAL CAPACITY, and THE CITY OF NEW YORK,

                              *Defendants*.

NOTICE OF APPEARANCE

1:24-cv-03390 (JSR)

------------------------------------------------------------------------ X

      **PLEASE TAKE NOTICE** that Assistant Corporation Counsel Kevon Z.A. Weekes is admitted to practice in this Court and hereby appears as counsel and an attorney to be noticed on behalf of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for the Defendant(s), the New York City Department of Education ("DOE"), the New York City Board of Education ("BOE"), David C. Banks, and the City of New York.

Dated: July 23, 2024
       New York, New York

                                        **MURIEL GOODE-TRUFANT**
                                        Acting Corporation Counsel of the City of New York
                                        100 Church Street
                                        New York, NY 10007
                                        T: (212) 356-3187
                                        E: kweekes@law.nyc.gov

                            By:         /s/
                                        Kevon Z.A. Weekes
                                        Assistant Corporation Counsel

cc:    All Attorneys of Record (via ECF)