UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Plaintiff,   K.S. et al

-v-

Defendant.   City of New York et al

------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

21-cv-04649   (JSR )(SLC )

24-cv-03390-JSR (JSR) (SLC)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☒ Specific Non-Dispositive Motion/Dispute:*
   Current discovery disputes.

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

All such motions: _____

The Magistrate is given authority to make modest changes in the existing case management plan.

*Do not check if already referred for general pretrial.

Dated   10/17/2024

SO ORDERED:

_____
United States District Judge