UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

K.S., on behalf of herself and her minor child, D.S.,

                         Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

                         Defendants.
------------------------------------------------------------------- x

K.S., on behalf of herself and her minor child, D.S.,

                         Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION,
THE BOARD OF EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK,
CHANCELLOR DAVID C. BANKS in his official
capacity, and THE CITY OF NEW YORK,

                         Defendants.

------------------------------------------------------------------- x

**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE**

21-cv-04649 (JSR) (SC)

24-cv-03390 (JSR) (SC)

The motion of Maxim Maiello for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of New York; and that his contact information is as follows

    Maxim Maiello
    *Assistant Corporation Counsel*
    General Litigation Division
    Office of the Corporation Counsel of the City of New York
    100 Church St.
    New York, New York 10007
    Tel. (212) 356-0886
    mamaiell@law.nyc.gov

Applicant having request admission Pro Hac Vice to appear for all purpose as counsel for Defendants The City of New York, New York City Department of Education, The Board of Education of The City School District of The City of New York, New York City Board of Education, and Chancellor David C. Banks in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 10/17/2024

_____
United States District Judge