

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**COURTNEY M. SOLIDAY**
*Special Assistant Corporation Counsel*
Tel: (212) 356-8761
email:csoliday@law.nyc.gov

**VIA ECF**
Hon. Sarah L. Cave
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Cave_NYSChambers@nysd.uscourts.gov

> Defendants' Letter-Motion (ECF No. 44) seeking an extension of time to disclose experts is GRANTED. Because their requested deadline of October 26, 2024 falls on a Saturday, however, Defendants shall complete expert disclosures by **Monday, October 28, 2024**.
>
> The Clerk of Court is respectfully directed to close ECF No. 44.
>
> SO ORDERED.   10/23/2024
>
> SARAH L. CAVE
> United States Magistrate Judge

Re: *K.S., et al., v. City of New York, et al.*, 21-cv-4649 (JSR)/24-cv-3390(JSR)(SLC)

Dear Judge Cave:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorney for Defendants City of New York, The Administration for Children's Services ("ACS"), David Hansell, New York City Department of Education ("DOE"), The Board of Education of the City School District of the City of New York ("BOE"), David C. Banks (collectively "City Defendants") in the above-referenced matter.

I submit this letter to respectfully request a 48 hour extension of Defendant's deadline to disclose experts from October 24, 2024 to October 26, 2024. This is our first requested extension of the deadline. Plaintiffs consent to this request. The additional time is needed so that parties can meet and confer in regards to scheduling.

Accordingly, City Defendants respectfully request a 48 hour extension of time to disclose experts.

Thank you for considering this request.

Respectfully submitted,

/s/
Courtney M. Soliday
Assistant Corporation Counsel

Cc:   Courtney M. Soliday, *Esq.,* for plaintiffs *via* ECF